ACCEPTED
01-15-00224-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

# Appellant's Motion To Extend Time To File Brief

## Appeal No. 01-15-00224-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/8/2015 6:13:30 PM
VOID K
CHRISTOPHER A. PRINE
Clerk

## In the Court of Appeals

## First District at Houston Texas

## Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 10:15:00 AM
CHRISTOPHER A. PRINE
Clerk

_____

### *Todd David Rogers*
### *V.*
### *Gina Marie Rogers*

_____

### Trial Court Case No. 12-DCV-199022
### 434th District Court, Ft Bend County, Texas
### The Honorable James Shoemake

### Appellant

Walter P. Mahoney, Jr.
Attorney for Appellant
State Bar No.: 12844600
3668 Burke
Pasadena, Texas 77504
(281) 998-9450
(281) 998-9430

*Identity of Parties and Counsel*

The following is a list of all parties and all counsel in this matter:

Appellant: Todd David Rogers

Trial Court Attorney for Appellant:

Walter P. Mahoney Jr.

3668 Burke

Pasadena, Texas 77504

Phone 281-998-9450

Fax 281-998-9430

SBN 12844600

Appellee: Gina Marie Rogers

Trial Court attorney for Appellee:

Marlene Zinsmeister

106 Guenther Street

Sugarland, Texas 77478

Trial Court Judge:

The Honorable James Shoemake, Presiding Judge 434th Judicial District Court

1422 Eugene Heimann Circle ,Richmond, Texas

To The Honorable Justices of This Court:

Comes now, Todd David Rogers, the Appellant, and files this his request to extend time to file Appellant's Brief and in support of such request would show unto this Honorable Court as follows:

I

This is Appellant's initial request for an extension of time to file his brief. On the 13th day of October this Court issued a directive to the Appellant that his brief was due on the 12th day of November 2015. This Order was issued shortly after the clerk's record was supplemented by the Ft Bend County District Clerk with a copy of the final Judgement that forms the basis for this appeal. Since that time Appellant has filed a timely Motion for New Trial within the Trial Court and that Motion is set to be heard in the 434th Judicial District Court on the 25th day of November, 2015. The ruling on the Motion may well enter into the development of the issues that will be presented on the appeal. The Appellant believes that justice will best be served if the issues are fully developed and presented to this Court. The requested delay is not the result of conscious indifference but because of the need for additional information .

*Prayer*

Wherefore Premises Considered   the Appellant prays that this Honorable Court extend the time for Appellant to file his brief until after the ruling of the trial court on the Motion for New Trial.

Respectfully submitted,


/s/ Walter P. Mahoney Jr. _____
Walter P. Mahoney, Jr.
Attorney for Appellant
State Bar No.12844600
3668 Burke
Pasadena, Texas 77504
(281) 998-9450
(281) 998-9430
Attorney for Appellant


**Certificate of Service**

I certify that a true copy of this Response was served in accordance with

rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's  counsel

as follows:

Gina Marie Rogers, Appellee

Trial Court attorney for Appellee

Marlene Zinsmeister

106 Guenther Street

Sugarland, Texas 77478


Method of service: Electronic Service
Date of Service: 11-8-2015


4

/s/ Walter P. Mahoney Jr _____
Walter P. Mahoney, Jr.
Attorney for Appellant

Word Count

I Walter P. Mahoney Jr. do hereby Certify that the word count for this document is

587 words.

/s/ Walter P. Mahoney\_\_\_
Walter P. Mahoney Jr.


CERTIFICATE OF CONFERENCE

I, Walter P. Mahoney Jr., do hereby certify that I have spoken with the Trial Counsel

regarding this proceeding and she has assured me she will not be involved in the Appellate

Process. I have no other means to confer with the litigant.

Signed this 8th day of November, 2015.

/s/ Walter P. Mahoney Jr \_\_\_\_
Walter P. Mahoney Jr.